## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

LANDMARK LEGAL FOUNDATION
19415 Deerfield Ave, Ste. 312
Leesburg, VA 20176

      Plaintiff,

vs.

ENVIRONMENTAL PROTECTION AGENCY
1301 Constitution Ave, NW
Washington, DC 20004

      Defendant.

## AFFIDAVIT OF MATTHEW C. FORYS

1. I am an attorney employed by Landmark Legal Foundation ("Landmark").

2. As a normal course of my duties as an attorney, I draft, file and process Freedom of Information Act ("FOIA") requests filed by Landmark.

3. On August 17, 2012 I sent via facsimile and overnight mail Landmark's request to Defendant Environmental Protection Agency.

4. On September 27, 2012 I had a conversation with Jonathan Newton, from the EPA regarding the scope of Landmark's FOIA request. Mr. Newton wanted to know whether Landmark would be willing to narrow the scope of its request to apply to "senior officials in EPA HQ."

5. On October 5, 2012, I informed Mr. Newton that Landmark agreed to narrow the scope of its FOIA request to apply only to senior officials in EPA HQ.

6. To date, this is the extent of contact I have had with any officials from EPA.

I declare under penalty of perjury the foregoing to be true and correct.

**Executed on December 12, 2012**

_____
Matthew C. Forys
Landmark Legal Foundation

City/County of Leesburg | Loudoun
Commonwealth of Virginia
The foregoing instrument was subscribed and sworn before me this 12th day of December, 2012
by:

_____
Matthew C. Forys

_____
Notary Public

Notary registration number: 7524606

My commission expires: 06/30/2016

LYDIA FLORES
NOTARY PUBLIC 7524606
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 06-30-2016

2