UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LANDMARK LEGAL FOUNDATION
19415 Deerfield Ave, Ste. 312
Leesburg, VA 20176

          Plaintiff,

vs.

ENVIRONMENTAL PROTECTION AGENCY
1301 Constitution Ave, NW
Washington, DC 20004

          Defendant.

## AFFIDAVIT OF RICHARD P. HUTCHISON

1. I am an Vice President and General Counsel of Landmark Legal Foundation ("Landmark").

2. In my capacity as Vice President, I am familiar with Landmark's programmatic activities and daily operations.

3. In the normal course of my duties as general counsel, I communicate with opposing counsel in pending litigation matters and have done so in this cause of action.

4. As a significant part of its mission as a tax-exempt, public interest law firm, Landmark investigates, litigates and publicizes instances of improper and/or illegal government activity.

5. Among Landmark's primary activities is the dissemination to the public information obtained through the Freedom of Information Act.

1

6. Upon receipt of responsive information, Landmark will post records on its website, include the information in its newsletters, publish articles in large circulation print media, and issue press releases to a wide range of media outlets.

7. In my capacity as general counsel, I had a telephone conversation with Assistant United States Attorney Heather D. Graham-Oliver on November 29, 2012 in which she indicated that Defendant EPA would produce records responsive to Plaintiff's FOIA request by January 31, 2013.

8. On December 12, 2012, I conferred with Ms. Graham-Oliver concerning Plaintiff's Motion for Preliminary Injunction, but was unable to resolve the issues giving rise to this motion.

I declare under penalty of perjury the foregoing to be true and correct.

**Executed on December 12, 2012**

Richard P. Hutchison
Landmark Legal Foundation

STATE OF MISSOURI       }
                        } SS
COUNTY OF JACKSON       }

Subscribed and sworn to before me this 12th day of December, 2012.

SHARRI HACKER
Notary Public-Notary Seal
State of Missouri, Jackson County
Commission # 09661198
My Commission Expires Feb 17, 2013

Notary Public