UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LANDMARK LEGAL FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 12-1726 |
| ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

# ORDER

For the reasons given in the memorandum opinion issued this date, it is hereby

**ORDERED** that defendant's motion for summary judgment, ECF No. 30, is DENIED; and it is further

**ORDERED** that defendant shall submit to reasonable discovery, including interrogatories and depositions to determine

1) Whether and to what extent the EPA Administrator, Deputy Administrator, and/or Chief of Staff utilized personal email accounts to conduct official business during the relevant time period.

2) Whether the EPA initially excluded the Administrator, Deputy Administrator, and/or Chief of Staff from Landmark's FOIA request.

and it is further

**ORDERED** that defendant's motion for an extension of time to file a motion for summary judgment, ECF No. 27, is GRANTED *nunc pro tunc*; and it is further

2

**ORDERED** that defendant's motion for an extension of time to file a reply, ECF No. 32, is GRANTED, *nunc pro tunc*; and it is further

**ORDERED** that plaintiff's motion for leave to file a surreply, ECF No. 36, is GRANTED, *nunc pro tunc*.

**SO ORDERED.**

Signed by Royce C. Lamberth, U.S. District Judge, on August 14, 2013.