UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LANDMARK LEGAL FOUNDATION** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Civil Action No. 12-1726 (RCL) ) |
| **ENVIRONMENTAL PROTECTION AGENCY,** | ) ) ) ) ) |
| **Defendant.** | ) ) |

## ERRATA

Defendant hereby files this Errata to correct an attachment to its Opposition To Plaintiff's Motion for Spoliation Sanctions (Docket No. 55). Exhibit 3 of the Declaration of Elizabeth V. ("Liza") Hearns has a coversheet that reads Exhibit 2. This is incorrect. The document described in the Opposition as Exhibit 2 to the Hearns Declaration was inadvertently not attached to the Declaration at the time of the filing. A corrected Declaration to include all three Exhibits in proper order has been submitted with this Errata.

    Respectfully submitted,

    RONALD C. MACHEN JR. D.C. BAR # 447889
    United States Attorney
    For the District of Columbia

    DANIEL F. VAN HORN, D.C. BAR # 924092
    Chief, Civil Division

By: _____/s/_____
    HEATHER D. GRAHAM-OLIVER
    Assistant United States Attorney
    Judiciary Center Building
    555 4th St., N.W.
    Washington, D.C.  20530

(202) 252-2520
heather.graham-oliver@usdoj.gov

Of Counsel:

Jennifer Hammitt
U.S. Environmental Protection Agency
Office of General Counsel, General Law Office