UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANDMARK LEGAL FOUNDATION )<br><br>Plaintiff, )<br><br>v. )<br><br>ENVIRONMENTAL PROTECTION )<br>AGENCY, )<br><br>Defendant. ) | Civil Action No. 12-1726 (RCL) |

**Notice Of Filing**
**U.S. Environmental Protection Agency, Office of Inspector General Report.**

Now comes the Environmental Protection Agency (EPA) and hereby files the attached September 26, 2013, Office of Inspector General's (OIG) report regarding the EPA's use of private and alias email accounts. This report is cited in the EPA's Opposition brief at p. 24. ECF No. 55. Although the report itself was not attached as an Exhibit, the website link to the OIG's report was provided in the Opposition.

On January 28, 2015, during an oral hearing on Plaintiff's Motion for Spoliation Sanctions, the Court requested a paper copy of the report. The Plaintiff has no objection to Defendant filing it with the Court.

    Respectfully submitted,

    RONALD C. MACHEN JR. D.C. BAR # 447889
    United States Attorney
    For the District of Columbia

    DANIEL F. VAN HORN, D.C. BAR # 924092
    Chief, Civil Division

Case 1:12-cv-01726-RCL   Document 64   Filed 01/28/15   Page 2 of 2

2

By: _____/s/_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 252-2520
heather.graham-oliver@usdoj.gov

2